UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF BLAZO,<br><br>    Defendant. | Case No. 1:17-cv-01717-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 11 & 13) |

Jason Harper ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 14, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's claims against defendant Blazo for failure to protect in violation of the Eighth Amendment and for deliberate indifference to serious medical needs in violation of the Eighth Amendment." (ECF No. 13, p. 2).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on June 14, 2018, are ADOPTED in full;
2. All claims and defendants are dismissed, except for Plaintiff's claims against defendant Blazo for failure to protect in violation of the Eighth Amendment and for deliberate indifference to serious medical needs in violation of the Eighth Amendment; and
3. The Clerk of Court is DIRECTED to reflect the dismissal of defendants California Prison Industry Authority and Andy Ponce DeLeon on the Court's docket.

IT IS SO ORDERED.

Dated: **July 11, 2018** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE