1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   JASON HARPER, | )  Case No. 1:17-cv-01717-LJO-EPG |
| | ) |
| 12            Plaintiff, | ) |
| | )  ORDER DISCHARGING WRIT OF HABEAS |
| 13       v. | )  CORPUS AD TESTIFICANDUM AS TO INMATE |
| | )  JASON HARPER, CDCR #T-63722 |
| 14   JEFF BLAZO, | ) |
| | ) |
| 15            Defendant. | ) |
| | ) |
| 16 | ) |

17

18        A settlement conference in this matter commenced on July 12, 2019.  Inmate Jason Harper,

19 CDCR #T-67322 is no longer needed by the Court as a participant in these proceedings, and the writ of

20 habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

21

22 DATE:     **Jul 12, 2019**                                     

23                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1