UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARPER,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFF BLAZO,<br><br>    Defendant. | Case No. 1:17-cv-01717-LJO-EPG (PC)<br><br>ORDER FOLLOWING TELEPHONIC DISCOVERY AND STATUS CONFERENCE AND HEARING ON MOTIONS TO COMPEL<br><br>(ECF NOS. 61, 64, & 65)<br><br>ORDER DIRECTING CLERK TO SEND COPY OF THIS ORDER TO MICHELLE BETHGE |

    Jason Harper ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On September 4, 2019, the Court held a discovery and status conference and a hearing on Plaintiff's motions to compel ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel William McCaslin telephonically appeared on behalf of Defendant. Counsel Michelle Bethge and Willy Nguyen telephonically appeared on behalf of non-party California Division of Occupational Safety and Health.

    For the reasons stated on the record at the Conference, IT IS ORDERED that:

1. Plaintiff's motion to compel production of documents directed at California Division of Occupational Safety and Health is taken under submission. Plaintiff has until October 11, 2019, to file a supplement to his motion to compel. California Division of Occupational Safety and Health has until October 25,

2019, to file a response to Plaintiff's supplement.

2. Plaintiff's motions to compel directed at Defendant (ECF Nos. 61 & 65) are denied as moot.
3. Plaintiff's motion for appointment of pro bono counsel (ECF No. 64) is denied without prejudice.
4. The Clerk of Court is directed to send a copy of this order to: Michelle Bethge, 1515 Clay Street, Suite 1901, Oakland, CA 94612.

IT IS SO ORDERED.

Dated: **September 4, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE