UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARPER,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFF BLAZO,<br><br>        Defendant. | Case No. 1:17-cv-01717-LJO-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR CLARIFICATION (NO ACTION REQUIRED)<br><br>(ECF NO. 79) |

On December 18, 2019, Plaintiff filed a request for clarification. (EF No. 79). Plaintiff states that he is confused as to the why the order dated December 9, 2019, was issued. Plaintiff notes that his case was already closed, and that he already signed a revised stipulation.

Plaintiff is correct that he signed the revised stipulation, and that this case is closed. The Court accidently sent him a copy of an order from a different case. No action is required from Plaintiff, and Plaintiff should disregard the order dated December 9, 2019 (ECF No. 77).

IT IS SO ORDERED.

    Dated: __**December 20, 2019**__          /s/ *Erica P. Grosjean*
                                                                   UNITED STATES MAGISTRATE JUDGE